Wayne Mortensen (#18519)
FARNSWORTH LAW OFFICES
1837 S. Mesa Dr., Ste., A103
Mesa, Arizona 85210
(480) 820-3600
Fax (480) 820-4800
fmcourt@gmail.com

Attorney for Petitioner

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under |
| | ) | Chapter Thirteen |
| RAMON H. SALAZAR | ) | |
| SS # ***-**-0327 | ) | Case No. 4-08-bk-05578 JMM |
| | ) | |
| | ) | NOTICE OF CONVERSION OF |
| | ) | CHAPTER THIRTEEN PROCEEDING |
| | ) | TO A CHAPTER SEVEN PROCEEDING |
| | ) | |
| | ) | |
| Debtor. | ) | |

COMES NOW the DEBTOR, RAMON H. SALAZAR, by and through his counsel, FARNSWORTH LAW OFFICES, does respectfully notify this Court of his desire to convert his current Chapter Thirteen proceeding to a proceeding under Chapter Seven.

Debtor filed a Chapter Thirteen proceeding with this Court on May 13, 2008, case number 08-05578 TUC JMM. The Debtor states that do to changes in income and expenses, he is no longer able to meet the monthly Chapter 13 plan payment requirement. Therefore, he wishes to convert the Chapter Thirteen proceeding to a proceeding under Chapter Seven.

WHEREFORE, the Debtor respectfully notifies this Court of his desire to Convert to a proceeding under Chapter Seven.

DATED this _____14th_____ day of _____September_____, 2009.

FARNSWORTH LAW OFFICES

/s/ Ramon H. Salazar                    /s/ Wayne Mortensen
Ramon H. Salazar                         Wayne Mortensen
Debtor                                          Attorney for Debtor

| | |
|---|---|
| 1 | Copy of the foregoing sent |
| 2 | electronically this <u>16th</u> day of <u>   September   </u>, 2009 to: |
| 3 | |
| | Dianne Kerns, Trustee |
| 4 | mail@dcktrustee.com |
| 5 | |
| 6 | |
| 7 | <u> /s/  Susan Krause                   </u> |
| 8 | |